# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| APRIL SMITH, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12-CV-00202-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON MUNDAY | ) | |
| CHARLES MCGINLEY | ) | |
| BRIAN GREENE | ) | |
| MARK LESASSIER | ) | |
| JANE DOE | ) | |
| RODNEY JORDAN | ) | |
| RUFUS LYNCH | ) | |
| CITY OF LINCOLNTON | ) | |
| LINCOLNTON POLICE | ) | |
| DEPARTMENT | ) | |
| JOHN DOE, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 6, 2015, Order.

Signed: April 6, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court