IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
AT STATESVILLE
5:12 CV 00202 RLV DSC

| | |
|---|---|
| **APRIL SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **JASON MUNDAY,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) |
| **CHARLES MCGINLEY,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) |
| **BRIAN GREENE,** in his individual and Official capacities as an Employee of the City of Lincolnton, | )  **NOTICE OF VOLUNTARY DISMISSAL** |
| **MARK LESASSIER,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) |
| **RODNEY JORDAN ,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) |
| **CITY OF LINCOLNTON, LINCOLNTON POLICE DEPARTMENT JOHN AND JANE DOE, and RUFUS LYNCH, SR.** | ) |
| **Defendants.** | ) |

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, after reaching a settlement, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

This the 1st day of May 2017.

            Respectfully submitted,

            /s/ Algernon Williams, Sr.\_\_\_
            Algernon Williams, Sr., State Bar No., 27350
            Attorney for Plaintiff
            4801 East Independence Blvd., Suite 908
            Charlotte, NC 28212
            (704) 537-9111
            Email: alwilliamslaw@msn.com

**Certificate of Service**

The undersigned hereby certifies that, on May 1, 2017, I electronically filed the forging Notice of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following.

Patrick H. Flanagan
Cranfill Sumner & Hartzog, LLP
Post Office Box 30787
Charlotte, NC 28230


This the 1st day of May 2017.

Law Office of Algernon Williams

<u>/s/ Algernon Williams, Sr.</u>
Algernon Williams, Sr
4801 East Independence Blvd.
Suite 908
Charlotte, NC 28212
704.537.9111