IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
AT STATESVILLE
5:12 CV 00202 RLV DSC

| | |
|---|---|
| **APRIL SMITH** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **JASON MUNDAY,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) |
| **CHARLES MCGINLEY,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) |
| **BRIAN GREENE,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) **STIPULATION OF VOLUNTARY DISMISSAL** |
| **MARK LESASSIER,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) |
| **RODNEY JORDAN ,** in his individual and Official capacities as an Employee of the City of Lincolnton, | ) |
| **CITY OF LINCOLNTON, LINCOLNTON POLICE DEPARTMENT JOHN AND JANE DOE, and RUFUS LYNCH, SR.** | ) |
| **Defendants.** | ) |

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and Defendant, after reaching a settlement, hereby stipulate and agreed to voluntarily dismiss, without prejudice against the defendants, the matters in the above-captioned matter.

This the 1st day of May 2017.

Respectfully submitted,

/s/ Algernon Williams, Sr.___
Algernon Williams, Sr., State Bar No., 27350
Attorney for Plaintiff
4801 East Independence Blvd., Suite 908
Charlotte, NC 28212
(704) 537-9111
Email: alwilliamslaw@msn.com


CRANFILL, SUMNER & HARTZOG, LLP


/s/ Patrick Flanagan
PATRICK H. FLANAGAN, State Bar No. 17407
Attorneys for Defendants Munday, McGinley, Greene, Jordan, City of Lincolnton and Lincolnton Police Department.
Post Office Box 30787
Charlotte, NC 28230
Telephone: 704.332.8300
Facsimile: 704.332.9994
E-mail: phf@cshlaw.com